ORIGINAL

FILED
JUL 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CV 09 3247 MHP

| | |
|---|---|
| SHIPPING CORPORATION OF INDIA LIMITED, <br><br>    Plaintiff, <br><br> vs. <br><br> PROGRESS BULK CARRIERS, LTD., <br><br>    Defendant. | Case No. <br><br> IN ADMIRALTY <br><br> [PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT <br><br> [F.R.C.P. Supplemental Admiralty Rule B] |

WHEREAS, on July 16, 2009 the Plaintiff SHIPPING CORPORATION OF INDIA LIMITED ("SCI" or "Plaintiff"), by and through its counsel of record, filed a Verified Complaint, seeking attachment of all tangible and intangible property in what-ever form within this District, including any such property held by any garnishee, which are due and owing to the Defendant, PROGRESS BULK CARRIER LTD. ("PBC" or "Defendant"), including, but not limited to:

   A.   Defendant's bunkers and/or other fuel aboard the *M/V SUJITRA NAREE* ("the Vessel") now berthed at the Port of Crockett,

1 | California; and /or
2 |     B.    Defendant's funds and/or other supplies currently held by Pacific
3 |           Coast Maritime Agencies Inc. of 61 Avenida De Orinda, Suite F,
4 |           Orinda, California 94563,
5 | in the amount of US$636,433.96 pursuant to Rule B of the Supplemental Rules for
6 | Admiralty or Maritime Claims and Asset Forfeiture Actions; and
7 |     WHEREAS, the Process of Maritime Attachment and Garnishment would
8 | command the United States Marshal or other designated process server to attach any
9 | and all of the Defendant's property within the District of this Court; and
10 |     WHEREAS, the Court has reviewed the Plaintiff's Verified Complaint for
11 | Maritime Attachment and the Declaration of Jennifer M. Porter filed concurrently here-
12 | with and finds that the conditions for a maritime attachment and garnishment pursuant
13 | to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset
14 | Forfeiture Actions appear to exist this 16th day of July, 2009, by the United States
15 | District Court for the Northern District of California; it is herby,
16 |
17 |     ORDERED, that the Clerk shall issue Process of Maritime Attachment and
18 | Garnishment against all tangible or intangible property belonging to, or claimed by or
19 | being held for the Defendant by any garnishees within this District, including, but not
20 | limited to:
21 |     A.    Defendant's bunkers and/or other fuel aboard the *M/V SUJITRA*
22 |           *NAREE* ("the Vessel") now berthed at the Port of Crockett,
23 |           California; and /or
24 |     B.    Defendant's funds and/or other supplies currently held by Pacific
25 |           Coast Maritime Agencies Inc. of 61 Avenida De Orinda, Suite F,
26 |           Orinda, California 94563,
27 | up to the amount prayed for in the Verified Complaint pursuant to Rule B of the
28 | Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

1 | it is further

2 |    ORDERED, that the Defendant is to allow a gauger and/or marine engineer
3 | access to the Vessel, its tanks, spaces and records, for purposes of determining the
4 | amount of fuel and diesel oil on board the Vessel; and it is further

5 |    ORDERED, that the Plaintiff notify the Defendant that an attachment
6 | against it has commenced which it is required to defend; and it is further

7 |    ORDERED, that any person claiming an interest in the property attached
8 | or garnished pursuant to this Court's Order shall, upon application to the Court, be
9 | entitled to a prompt hearing at which the Plaintiff shall be required to show cause why
10 | the maritime attachment and garnishment should not be vacated or other relief granted;
11 | and it is further

12 |    ORDERED, that supplemental process specifying other or additional
13 | garnishee enforcing this Court's Order may be issued by the Clerk upon application
14 | without further Order of the Court; and it is further

15 |    ORDERED, that following initial service by the United States Marshal or
16 | other designated process server upon each garnishee, supplemental service of the
17 | Process of Maritime Attachment and Garnishment, as well as this Court's Order, may be
18 | made by way of facsimile transmission or email; and it is further

19 |    ORDERED, that service on any garnishee as described above is deemed
20 | continuous throughout the day, from the time of such service through the opening of the
21 | garnishee's business the next business day; and it is further

22 |    ORDERED, that pursuant to Federal Rules of Civil Procedure
23 | Rule 5(b)(2)(F), each garnishee may consent, in writing, to accept service by any other
24 | means; and it is further

25 | ///
26 |
27 |
28 | ///

|   |   |
|---|---|
| 1 | ORDERED that a copy of this Order be attached to and served with each |
| 2 | Process of Maritime Attachment and Garnishment issued by the Clerk. |

DATED this 17th day of July, 2009.

*/s/ Jeffrey White*
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Elizabeth P. Beazley*

ELIZABETH P. BEAZLEY
JOHN COX
JAMES A. MARISSEN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Plaintiff
SHIPPING CORPORATION OF INDIA LIMITED

[PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT -- Case No. _____