ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

Attorneys for Plaintiff
SHIPPING CORPORATION OF INDIA LIMITED

FILED
JUL 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPPING CORPORATION OF INDIA LIMITED,<br><br>                              Plaintiff,<br><br>    vs.<br><br>PROGRESS BULK CARRIERS, LTD.,<br><br>                              Defendant. | Case No. 3247 MHP<br><br>IN ADMIRALTY<br><br>**ORDER TO U.S. MARSHAL REGARDING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA – Greetings:

WHEREAS, a Verified Complaint has been filed in the United States District Court for the Northern District of California on the 16th of July, 2009, by

<u>SHIPPING CORPORATION OF INDIA LIMITED, Plaintiff, vs. PROGRESS BULK CARRIERS, LTD., Defendant.</u>

1  in certain action for breach of a maritime contract and failure to pay or otherwise secure
2  claims and damages due and owing to the said Plaintiff in the amount of US$ 636,433.96
3  and praying for Process of Maritime Attachment and Garnishment against the said
4  Defendant, and

5        WHEREAS, this process is issued pursuant to such prayer and requires
6  that each garnishee shall serve its answer within twenty (20) days after service of pro-
7  cess upon it and requires that Defendant shall serve its answer within thirty (30) days
8  after process has been executed whether by attachment of property or service on the
9  garnishee.

10        NOW, THEREFORE, we do hereby command you to attach goods and
11  chattels to the amount sued for; and if such property cannot be found that you attach
12  credits and effects to the amount sued for; in the hands of the garnishees in this District
13  including, but not limited to:

    A.    Defendant's bunkers and/or other fuel aboard the *M/V SUJITRA NAREE* ("the Vessel") now berthed at the Port of Crockett, California; and /or

    B.    Defendant's funds and/or other supplies currently held by Pacific Coast Maritime Agencies Inc. of 61 Avenida De Orinda, Suite F, Orinda, California 94563,

and/or any other property in whatever form belonging to the Defendant in this District and to hold such property in your custody or substitute custodian's custody as the Court may further order.

      WITNESS, the Honorable _Jeffrey White_ Judge of said Court, this 17th day of July, 2009.

Richard W. Wieking, Clerk

CLERK

BY: _____
DEPUTY CLERK
ANTHONY W. BOWSER   LB1234485

- 2 -

ORDER TO U.S. MARSHAL REGARDING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT – Case No. _____