ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Plaintiff
SHIPPING CORPORATION OF INDIA LIMITED

**FILED**

JUL 20 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPPING CORPORATION OF INDIA LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESS BULK CARRIERS, LTD.,<br><br>Defendant. | Case No. CV09 3247 MHP<br><br>**RELEASE BY CONSENT OF PROPERTY IN THE CUSTODY OF THE U.S. MARSHAL, SUBSTITUTE CUSTODIAN OR OTHER PERSONS FROM ATTACHMENT AND RELATED ORDERS;**<br><br>**SUPPLEMENTAL ADMIRALTY RULES FOR CERTAIN ADMIRALTY OR MARITIME CLAIMS OF THE FEDERAL RULES OF CIVIL PROCEDURE, RULE E (5)(C)**<br><br>(~~PROPOSED~~ ORDER FILED CONTEMPORANEOUSLY HEREWITH) |

**WHEREAS,** on July 17, 2009, Plaintiff SHIPPING CORPORATION OF INDIA LIMITED ("Plaintiff") obtained an order from

1  this Court pursuant to Rule B of the Supplemental Admiralty Rules for
2  Certain Admiralty or Maritime Claims of the Federal Rules of Civil
3  Procedure ("the Attachment Order"), attaching Defendant's, PROGRESS
4  BULK CARRIERS LTD's ("Defendant"), property in the Northern District,
5  including but not limited to, (1) Defendant's bunkers and/or other fuel
6  ("Defendant's Bunkers") aboard the vessel M/V SUJITRA NAREE ("the
7  Vessel"); and, (2) Defendant's funds and/or other supplies then held by
8  Pacific Coast Maritime Agencies Inc., of 61 Avenida De Orinda, Suite F,
9  Orinda California, 94563 ("Defendant's Funds");
10          **WHEREAS,** on July 17, 2009, the Plaintiff also obtained an
11  order to the United States Marshal regarding Process of Maritime
12  Attachment and Garnishment ("Marshal Order") as well as an Order for the
13  Appointment of a Substitute of Custodian ("Custodian Order") (the
14  Attachment Order, the Custodian Order, and the Marshal Order are
15  collectively referred to herein as the "Orders");
16          **WHEREAS,** the Attachment Order attaches and/or garnishes all
17  tangible or intangible property belonging to or being held for the Defendant
18  within the Northern District, including but not limited to, Defendant's
19  Bunkers and Defendant's Funds;
20          **WHEREAS,** the Marshal Order directs the United States
21  Marshal to attach all tangible or intangible property belonging to or being
22  held for the Defendant within the Northern District, including but not
23  limited to, Defendant's Bunkers and Defendant's Funds;
24          **WHEREAS,** the Custodian Order compels the United States
25  Marshal to assume custody and possession of the Defendant's Bunkers and
26  Defendant's Funds and then surrender such custody and possession to a
27  Substitute Custodian, Nielsen Beaumont (the "Substitute Custodian");
28          **WHEREAS,** on July 17, 2009, the United States Marshal,

- 2 -                                              KYL_LB1235422v2

1 | pursuant to the Orders, proceeded (1) to attach Defendant's Bunkers and
2 | subsequently transfer custody of this property to the Substitute Custodian;
3 | and, (2) to attach Defendant's Funds;

4 |     **WHEREAS**, on July 20, 2009, the Defendant has agreed to
5 | provide security in the amount of US$300,000, on terms satisfactory to
6 | Plaintiff;

7 |     **WHEREAS**, by this Release by Consent, the Plaintiff consents
8 | to:

9 |     (a) The immediate release of Defendant's Bunkers and
10 | Defendant's Funds from attachment; and,

11 |     (b) The vacatur of the Orders as they apply to Defendant's
12 | property in the Northern District, including Defendant's Bunkers and
13 | Defendant's Funds;

14 |     **WHEREAS,** by this Release by Consent, the Plaintiff requests
15 | that the Court retain jurisdiction for fifteen (15) days, prior to such time
16 | Plaintiff shall dismiss the action unless a default arises with the provision
17 | of security;

18 |     **NOW THEREFORE PLAINTIFF HEREBY CONSENTS:**
19 |     1.   TO THE IMMEDIATE RELEASE FROM ATTACHMENT
20 | OF DEFENDANT'S BUNKERS AND DEFENDANT'S FUNDS;
21 |     2.   TO THE VACATUR OF THE ORDERS (BEING THE
22 | ATTACHMENT ORDER, THE CUSTODIAN ORDER, AND THE
23 | MARSHAL ORDER) AS TO DEFENDANT'S BUNKERS, DEFENDANT'S
24 | FUNDS, AND ALL DEFENDANT'S PROPERTY IN THE NORTHERN
25 | DISTRICT COVERED BY THE ORDERS;
26 | ///
27 | ///
28 | ///

- 3 -     KYL_LB1235422v2

SUPPLEMENTAL ADMIRALTY RULES FOR CERTAIN ADMIRALTY OR MARITIME CLAIMS OF
THE FEDERAL RULES OF CIVIL PROCEDURE, RULE E (5)(C)

1  3. TO THE IMMEDIATE RELEASE OF THE SUBSTITUTE
2 CUSTODIAN, THE UNITED STATES MARSHAL, AND THE UNITED
3 STATES FROM ALL RESPONSIBILITIES CONFERRED BY THE
4 ORDERS.
5
6 **PLAINTIFF SO CONSENTS:**
7
8 DATED: July 20, 2009
9  ELIZABETH P. BEAZLEY
   JOHN COX
10 JAMES A. MARISSEN
   JENNIFER M. PORTER
11 KEESAL, YOUNG & LOGAN
   Attorneys for Plaintiff
12 SHIPPING CORPORATION OF
   INDIA LIMITED

```
ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Plaintiff
SHIPPING CORPORATION OF INDIA LIMITED
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPPING CORPORATION OF INDIA LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESS BULK CARRIERS, LTD., <br><br> Defendant. | Case No. CV09 3247 MHP <br><br> IN ADMIRALTY <br><br> [~~PROPOSED~~] ORDER TO RELEASE DEFENDANT'S PROPERTY FROM ATTACHMENT, INCLUDING DEFENDANT'S BUNKERS IN THE CUSTODY OF THE U.S. MARSHAL OR SUBSTITUTE CUSTODIAN |

THE COURT HAVING REVIEWED THE PLAINTIFF'S CONSENT TO RELEASE PROPERTY FROM ATTACHMENT;

NOW THEREFORE IT IS HEREBY ORDERED:

1. THE ATTACHMENT OF DEFENDANT'S BUNKERS ON BOARD THE M/V *SUJITRA NAREE* IS HEREBY AND IMMEDIATELY RELEASED;

- 1 -   KYL_LB1235495v2

2. THE ATTACHMENT OF DEFENDANT'S FUNDS HELD BY PACIFIC COAST MARITIME AGENCIES INC., OF 61 AVENIDA DE ORINDA, SUITE F, ORINDA, CALIFORNIA IS HEREBY AND IMMEDIATELY RELEASED;

3. THE ATTACHMENT ORDER, THE CUSTODIAN ORDER, AND THE MARSHAL ORDER (THE "ORDERS") ARE HEREBY IMMEDIATELY VACATED;

4. THE SUBSTITUTE CUSTODIAN, THE UNITED STATES MARSHAL, AND THE UNITED STATES ARE RELIEVED FROM ANY AND ALL RESPONSIBILITIES CONFERRED BY THE ORDERS WITH RESPECT TO DEFENDANT'S PROPERTY IN THE NORTHERN DISTRICT; AND,

5. THE COURT SHALL RETAIN JURISDICTION FOR FIFTEEN (15) COURT DAYS BY WHICH TIME PLAINTIFF SHALL HAVE DISMISSED THE ACTION ABSENT A DEFAULT IN THE PROVISION OF SECURITY.

DATED: July 20, 2009

For the HONORABLE MARILYN H. PATEL
U.S. DISTRICT COURT JUDGE