1  ELIZABETH P. BEAZLEY, CASB No. 138198
   elizabeth.beazley@kyl.com
2  JOHN COX, CASB No. 197687
   john.cox@kyl.com
3  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
4  JENNIFER M. PORTER, CASB No. 261508
   jennifer.porter@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
7  Telephone: (562) 436-2000
   Facsimile: (562) 436-7416
8
   Attorneys for Plaintiff
9  SHIPPING CORPORATION OF INDIA LIMITED

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

| 14  SHIPPING CORPORATION OF INDIA LIMITED, | ) Case No. CV09 3247 MHP |
| 15 | ) IN ADMIRALTY |
|             Plaintiff, | ) |
| 16 | ) [~~PROPOSED~~] ORDER OF DISMISSAL |
| 17     vs. | ) |
| 18  PROGRESS BULK CARRIERS, LTD., | ) |
| 19             Defendant. | ) |
| 20 | ) |
| 21 | ) |

22
23  ///
24  ///
25  ///
26    ///
27    ///
28  ///

- 1 -

[PROPOSED] ORDER OF DISMISSAL                                    Case No. CV09 3247 MHP

KYL_LB1239272

1 | THE COURT HAVING REVIEWED THE PLAINTIFF'S
2 | CONSENT TO THE ISSUANCE OF AN ORDER OF DISMISSAL;

4 | NOW THEREFORE IT IS HEREBY ORDERED:
5 |     1.   ALL CLAIMS AS BETWEEN PLAINTIFF AND
6 | DEFENDANT ARE DISMISSED WITHOUT PREJUDICE.

8 | DATED: August _7_, 2009

HONORABLE MARILYN H. PATEL
U.S. DISTRICT COURT JUDGE



- 2 -

Case No. CV09 3247 MHP

KYL_LB1239272